## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| ROGER LEE NEWBURN, | : |
| Petitioner, | : |
| vs. | :  CA 21-0546-JB-MU |
| | : |
| JUDGE SCULLY | |
| | : |
| Respondent. | |

### ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the report and recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(I)(B) and dated February 24, 2022 is **ADOPTED** as the opinion of this Court.

**DONE and ORDERED** this 21st day of March, 2022.

/s/ JEFFREY U. BEAVERSTOCK
CHIEF UNITED STATES DISTRICT JUDGE